UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                              Case No. 13-20387

BENTO SHORDJA,
    Defendant.
                                    /

## OPINION AND ORDER DENYING DEFENDANT'S MOTION IN LIMINE

    Pending before the court is Defendant's Motion in Limine (Dkt. #14) seeking the restriction of privileged information proffered through the possible testimony of one or more attorneys.  Eastern District of Michigan Local Rules require that a movant in any motion to seek concurrence in motions and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference.  E.D. Mich. LR 7.1(a).  No exception is made for criminal cases. E.D. Mich. LR 1.1(c) ("These rules apply in civil and criminal actions.").

    The motion neither mentions nor explains any effort to seek concurrence and to agree upon a suitable result without involving the court.  Accordingly,

    IT IS ORDERED that Defendant's motion (Dkt. #14) is **DENIED**.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 11, 2013, by electronic and/or ordinary mail.

                                                S/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522